UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEARSTIN M.,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 22-11547

Hon. George Caram Steeh
Hon. David R. Grand

ORDER ADOPTING REPORT AND
RECOMMENDATION, GRANTING IN PART PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT, AND DENYING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    On August 3, 2023, Magistrate Judge David R. Grand issued a report and recommendation proposing that the court deny Defendant's motion for summary judgment, grant Plaintiff's motion for summary judgment in part, and remand the case for further proceedings. No timely objections have been filed.

    With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject

or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Grand's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Grand's report and recommendation (ECF No. 21) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (ECF No. 18) is DENIED, Plaintiff's motion for summary judgment (ECF No. 13) is GRANTED IN PART, and, pursuant to sentence four of 42 U.S.C. § 405(g), the case is REMANDED for further proceedings consistent with the report and recommendation.

Dated: September 19, 2023		s/George Caram Steeh
		Hon. George Caram Steeh
		United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 19, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk